**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:04CR00281-01 JLH

NELSON MILLER

**ORDER**

For the reasons stated from the bench during the pretrial hearing today, Nelson Miller's motion *in limine* is DENIED, the Government's motions *in limine* are DENIED, and Nelson Miller's motion to correct the docket information pertaining to Freedom Financial of Arkansas, Inc., is GRANTED.  Documents #231, #245, and #246.  The Clerk is directed to remove Freedom Financial Services of Arkansas, Inc., from the caption of this case.

IT IS SO ORDERED this 26th day of October, 2007.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE