**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                              NO. 4:04CR00281-01 JLH

NELSON MILLER                                                   DEFENDANT

## ORDER

 This matter is hereby rescheduled for trial to a jury to begin at 9:15 a.m. the week of

***WEDNESDAY, JANUARY 2, 2008***, in Little Rock, Arkansas.  Counsel are to be present thirty

minutes prior to trial time.  Revised jury instructions should be submitted to the Court on a 3½"

diskette in WordPerfect format or electronically to jlhchambers@ared.uscourts.gov by ***December***

***21, 2007.***

 IT IS SO ORDERED this 19th day of November, 2007.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE